IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MARTINSBURG DIVISION

FILED

JAN 1 5 2008

US DISTRICT COURT
MARTINSBURG, WV 25401

SMALLWOOD-SMALL INSURANCE, INC.

    **Plaintiff,**

v.                                     CIVIL ACTION NO. 3:06-CV-107

AMERICAN AUTOMOBILE INSURANCE
COMPANY, a division of FIREMAN'S FUND
INSURANCE COMPANY

    and

FIREMAN'S FUND INSURANCE
COMPANY

    and

BROWN & BROWN OF CALIFORNIA, INC.
d/b/a LANCER CLAIMS SERVICES d/b/a
CALSURANCE

    **Defendants.**

## ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

This day came before the Court a motion for withdrawal and substitution of counsel by counsel for Defendant Brown & Brown of California, Inc. d/b/a Lancer Claims Services d/b/a Calsurance ("Brown & Brown"), in accordance with Local Rule of General Procedure 83.03, for entry of an Order granting Spilman Thomas & Battle, PLLC leave to withdraw as counsel for Brown & Brown and substituting Bailey & Wyant, PLLC in its stead. Defendants American Automobile Insurance Company and Fireman's Fund Insurance Company, by counsel, Robert P.

Martin of Bailey & Wyant, PLLC have confirmed the agreement to take over the defense of Brown & Brown.

Upon consideration of said motion, this Court finds that this is a convenient and appropriate time for the substitution of defense counsel and that the interests of the parties will not be prejudiced by the granting of said motion nor will further proceedings in this matter be delayed. Being of the opinion that there are good and sufficient grounds therefore, IT IS ORDERED that Spilman Thomas & Battle, PLLC and its attorneys be, and hereby are, GRANTED LEAVE to withdraw as counsel for Brown & Brown, and that the law firm of Bailey & Wyant, PLLC, by Robert P. Martin, is hereby substituted as counsel for Brown & Brown.

ENTER this 14th day of January, 2008.

United States District Judge

| Prepared by: | Approved by: |
|---|---|
| /s/ Marey Casey | /s/ Robert P. Martin |
| Don C. A. Parker (WV State Bar # 7766) | Robert P. Martin (WV State Bar # 4516) |
| Marey Casey (WV State Bar # 8520) | Jason A. Winnell (WV State Bar # 9388) |
| Spilman Thomas & Battle, PLLC | Bailey & Wyant, PLLC |
| P. O. Box 273 | 500 Virginia Street, East, Suite 600 |
| Charleston, WV 25321-0273 | P.O. Box 3710 |
| Phone: (304) 340-3800 | Charleston, WV 25337-3710 |
| Facsimile: (304) 340-3801 | ***Counsel for Defendants American*** |
| dparker@spilmanlaw.com | ***Automobile Insurance Company and*** |
| mcasey@spilmanlaw.com | ***Fireman's Fund Insurance Company*** |
| ***Counsel for Defendant Brown & Brown*** | |

530832